**Order issued January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

No. 05-13-00721-CR
No. 05-13-00722-CR
_____

**CARL CLAUDE CAVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Moseley, Bridges, and Evans

Based on the Court's opinion of this date, we **GRANT** the January 13, 2014 motion of

Bruce Kaye for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Bruce Kaye as counsel of record for appellant. We **DIRECT** the Clerk of

the Court to send a copy of this order and all future correspondence to Carl Claude Caver, TDCJ

#1831170, Hamilton Unit, 200 Lee Morrison Lane, Bryan, Texas, 77807.


/David Evans/
DAVID EVANS
JUSTICE